# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00376-CV

**Texas General Land Office and George P. Bush,
named in his Official Capacity as Texas Land Commissioner, Appellants**

**v.**

**City of Houston, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-003520, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On December 23, 2020, we extended the abatement of this appeal to January 4, 2021, at the parties' request. We instructed the parties to file either a status report or motion to dismiss by January 4.

The parties have filed their Joint Status Report and Second Request for Extension of Abatement. In it, they seek an extension of the abatement to be able to file either an updated status report or notice of agreed dismissal on or before January 18 while they "continue working . . . to determine whether the underlying case can be dismissed by agreement."

The Court grants the parties' request for a second abatement extension and extends the abatement through and including January 19, 2021. The parties are ordered to file another status report, or a motion to dismiss, by that date.

Before Chief Justice Byrne, Justices Baker and Kelly

Abated

Filed: January 7, 2021